Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL C. CASTRILLON, | Case No.: |
| | 08-CV-4934 |
| Plaintiff, | |
| | |
| -against- | |
| | |
| BATTERY PARK CITY AUTHORITY, EMPIRE | **NOTICE OF APPEARANCE** |
| STATE PROPERTIES, INC., HUDSON TOWERS | |
| HOUSING CO., INC., AND LEFRAK | |
| ORGANIZATION, INC., et al., | |
| | |
| Defendants. | |

**TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

      **PLEASE TAKE NOTICE**, that defendant LEFRAK ORGANIZATION, INC. hereby

appears in the above-entitled action.  The undersigned have been retained as attorneys for said

defendant and demand that all papers in this action be served upon the undersigned at the office

and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        August 25, 2008

                        Yours etc.,

                        **HARRIS BEACH PLLC**


                        _____/s/_____
                        Brian A. Bender, Esq. (BAB-0218)
                        HARRIS BEACH PLLC
                        *Attorney for Defendant*
                        ***LEFRAK ORGANIZATION, INC.***
                        100 Wall Street, 23rd Floor
                        New York, New York 10005
                        (212) 687-0100

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 25, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.  Lefrak's Notice of Appearance

Dated:  New York, New York
        August 25, 2008

_____/s/_____
Brian A. Bender

294487.1

3

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                     21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL C. CASTRILLON,                                  Case No.:
                                                       08-CV-4934

                                    Plaintiff,

                -against-

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING    CO.,    INC.,    AND    LEFRAK
ORGANIZATION, INC., et al.,

                                    Defendants.

# NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100