Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

***Attorneys for Defendant***
***HUDSON TOWERS HOUSING CO., INC.***

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL C. CASTRILLON,                              Case No.:
                                                   08-CV-4934
                                    Plaintiff,

                    -against-

BATTERY PARK CITY AUTHORITY, EMPIRE          **NOTICE OF APPEARANCE**
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING CO., INC., AND LEFRAK
ORGANIZATION, INC., et al.,

                                    Defendants.

TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

        **PLEASE TAKE NOTICE**, that defendant, HUDSON TOWERS HOUSING CO., INC.

hereby appears in the above-entitled action.  The undersigned have been retained as attorneys for

said defendant and demand that all papers in this action be served upon the undersigned at the

office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        August 25, 2008

                              Yours etc.,

                              **HARRIS BEACH PLLC**


                              _____/s/_____
                              Brian A. Bender, Esq. (BAB-0218)
                              HARRIS BEACH PLLC
                              *Attorney for Defendant*
                              ***HUDSON TOWERS HOUSING CO., INC.***
                              100 Wall Street, 23rd Floor
                              New York, New York 10005
                              (212) 687-0100

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 25, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.    Hudson Tower Housing Co.'s Notice of Appearance

Dated:  New York, New York
       August 25, 2008

<u>                    /s/                    </u>
Brian A. Bender

294512.1

3

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL C. CASTRILLON,                                 Case No.:
                                                      08-CV-4934

                                        Plaintiff,

            -against-

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING   CO.,   INC.,   AND   LEFRAK
ORGANIZATION, INC., et al.,

                                        Defendants.

# NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100